# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| v. | **NO. 23-88** |
| **DEMETRIUS JENKINS**<br>*Register# 46398-510* | |

## O R D E R

**AND NOW**, this 6th day of October, 2023, upon consideration of the Defendant's Motion to Dismiss the Indictment (ECF 22), the Government's Response in Opposition (ECF 25), and the parties' supplemental briefing (ECF 28, 30), **IT IS ORDERED** that Defendant's motion is **DENIED**.

BY THE COURT:

*/s/ Wendy Beetlestone*
_____
**WENDY BEETLESTONE, J.**